McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-MCE |
|---|---|
| Plaintiff, | ORDER FOR ISSUANCE OF ARREST WARRANT |
| v. | |
| BAUDELIO VIZCARRA, JR., | **UNDER SEAL** |
| Defendant. | |

**ORDER**

The Court, having reviewed the Indictment in this matter, and the request of the United States for issuance of an arrest warrant, under seal, and finding good cause therefor, hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay BAUDELIO VIZCARRA, JR., who is charged, by Indictment, with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl, Cocaine, and Methamphetamine; and 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl.

Dated: January 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE