McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
Feb 05, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAUDELIO VIZCARRA, JR.,<br>　also known as "Lucky" and "Junior,"<br><br>　　　　　　Defendant. | CASE NO. 2:21-CR-0007-MCE<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

　　The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated:  February 5, 2021

_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT