# UNITED STATES DISTRICT COURT

Eastern **District of** California

USA

Plaintiff (s),

V.

Baudelio Vizcarra, Jr.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:21-CR-00007-MCE-7

Notice is hereby given that, subject to approval by the court, __Baudelio Vizcarra, Jr.__ substitutes
(Party (s) Name)

__Sanjay Sobti, Esq.__, State Bar No. __202636__ as counsel of record in
(Name of New Attorney)

place of __Tamara L. Soloman, Esq.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | U. S. Law Center |
| Address: | 4230 Green River Road, Corona, CA 92878 |
| Telephone: | (951) 371-0027    Facsimile (951) 339-5994 |
| E-Mail (Optional): | uslawcorona@gmail.com |

I consent to the above substitution.

Date: 4/20/2021

/s/ Baudelio Vizcarra, Jr. (authorized orally)
(Signature of Party (s))

I consent to being substituted.

Date: 4/20/2021

/s/ Tamara L. Soloman, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/20/2021

/s/ Sanjay Sobti
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE