Sanjay Sobti Esq. (SBN 202636)
U.S. Law Center
4230 Green River Road
Corona, CA 92878
Phone: (951)-371-0027
Fax: (951)-339-5994
uslawcorona@gmail.com

**Attorney for Defendant, Baudelio Vizcarra Jr.**

IN THE UNITED STATES DISCTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-0007-MCE |
| Plaintiff, | |
| vs. | DEFENDANT'S WAIVER OF APPEARANCE |
| BAUDELIO VIZCARRA, JR., | |
| Defendant | |

  Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Baudelio Vizcarra, Jr., hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, except for any proceeding which Defendant's presence is required such as a plea, any proceeding during the trial, and sentencing, or any court appearance which the Court orders Defendant to be present.

  Defendant hereby requests the Court to proceed during every absence of his presence which the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present, and further agrees to be present in court ready for trial any day and time the Court may arrange in his absence.

DEFENDANT'S WAIVER OF APPEARANCE

The Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without Defendant being present.

Dated: August 24, 2021

    /s/ Baudelio Vizcarra, Jr. by /s/ Sanjay Sobti
Baudelio Vizcarra, Jr.
Defendant

Dated: August 24, 2021

    /s/ Sanjay Sobti
Sanjay Sobti, Esq.
Attorney For Baudelio Vizcarra Jr.

## ORDER

IT IS SO ORDERED.

Dated: August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE