1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

United States of America,

Case No.:   2:21-cr-00007-DAD

12

Plaintiff,

13

Hon. Dale A. Drozd

14

v.

15

Jose Guadalupe Lopez-Zamora,

**ORDER TO FILE COORDINATING DISCUSSION DISCOVERY ATTORNEY'S FEBRUARY 2023 STATUS REPORT *EX PARTE* AND UNDER SEAL**

16

Leonardo Flores Beltran,
Christian Anthony Romero,

17

Baudelio Vizcarra, Jr.,

18

Joaquin Alberto Sotelo Valdez,

19

Erika Gabriela Zamora Rojo,
Alejandro Tello,

20

Jose Luis Aguilar Saucedo, and

21

Rosario Zamora Rojo,

22

Defendants.

23
24
25

Application for Order to File Documents *Ex Parte* and **Under Seal** having been made

26

in the above-entitled matter, the Court being fully advised and good cause appearing,

27

   **IT IS HEREBY ORDERED** that the following items be filed *ex parte* and

28

**under seal** and their confidentiality maintained:

(1)   *Ex Parte* and Under Seal February 2023 Status Report of the Coordinating Discovery Attorney; and

(2)   The instant Application and Order Sealing.

IT IS SO ORDERED.

Dated:   **March 15, 2023**

_____
UNITED STATES DISTRICT JUDGE